OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Western District of Texas, Austin Division

BOARD OF REGENTS OF THE
UNIVERSITY OF TEXAS SYSTEM,
　　Plaintiff,

v.

ALCATEL, ET AL.,
　　Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: A05CA198 SS

*FILED 2005 MY -6 PM 3:31 WESTERN DISTRICT OF TEXAS*

TO: (name and address of Defendant)

Alcatel USA, Inc.
c/o CT Corporation System
350 N. St. Paul Street
Dallas, Texas  75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael W. Shore
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201

an answer to the complaint which is herewith served upon you, within     **twenty (20)**     days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK     **WILLIAM G. PUTNICKI**          DATE     **MAR 2 2 2005**

(By) DEPUTY CLERK   *Annette French*

681789.0001  WEST 5696957v1

(By) DEPUTY CLERK
AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 05/04/05 |
| NAME OF SERVER (PRINT) ADIL TADLI | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ON ALCATEL USA, INC BY DELIVERING TO ITS REGISTERED AGENT CT CORPORATION SYSTEM BY DELIVERING TO ITS AUTHORIZED AGENT SHIRLEY DILLON AT 350 NORTH ST PAUL STREET, SUITE 2900, DALLAS, TXAS 75201.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MAY 4TH 2005
              Date            Signature of Server

5470 LBJ FREEWAY SUITE 100 DALLAS, TEXAS 75240
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.