ORIGINAL
RECEIVED
JUN 2 3 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY

FILED
JUN 2 3 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, §§§§§ *Plaintiff*, §§ v. §§ ALCATEL, § ALCATEL USA, INC. § AMOI ELECTRONICS, INC., § ANEXTEK GLOBAL INC., § ARIMA COMMUNICATION CORP., § AUDIOVOX COMMUNICATIONS CORP., § CHI MEI COMMUNICATION SYSTEMS, INC., § COMPAL COMMUNICATIONS, INC., § CURITEL COMMUNICATIONS, INC., § GIZMONDO EUROPE, LTD., § HAIER GROUP CO., § HAIER AMERICA IMPORT L.L.C., § HAIER AMERICA TRADING L.L.C., § HON HAI PRECISION INDUSTRY CO., LTD., § RESEARCH IN MOTION LIMITED, § RESEARCH IN MOTION CORP., § SHARP CORPORATION, a.k.a. § SHARP KABUSHIKI KAISHA, § SYNNEX CORP., § TCL COMMUNICATION TECHNOLOGY § HOLDINGS LIMITED, § TCL & ALCATEL MOBILE PHONES LIMITED, § TIGER TELEMATICS, INC., § TOSHIBA AMERICA, INC., § TOSHIBA AMERICA ELECTRONIC § COMPONENTS, INC., § VK CORPORATION, § VK MOBILE USA, INC., AND § UTSTARCOM, INC. § *Defendants.* | NO. A:05CA198 SS JURY DEMANDED |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ALCATEL USA, INC.**

---

PLAINTIFF'S NOTICE OF DISMISSAL OF ALCATEL USA, INC.  
Cause No. A:05CA198 SS

PAGE 1 OF 8

Plaintiff Board of Regents of The University of Texas System files its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. On March 22, 2005, Plaintiff Board of Regents of The University of Texas System sued Defendant Alcatel USA, Inc.

2. Defendant Alcatel USA, Inc. was served with process on May 4, 2005, but has not filed an answer or a motion for summary judgment.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

5. Plaintiff Board of Regents of The University of Texas System has not dismissed an action, against Defendant Alcatel USA, Inc., based on or including the same claim or claims as those presented in this suit.

6. This dismissal is without prejudice.

Dated: __June 22, 2005__                    Respectfully submitted,

*/s/ Alfonso Garcia Chan*
ALFONSO GARCIA CHAN
State Bar No. 24012408
GERALD B. HRYCYSZYN
State Bar No. 24043734
SHORE CHAN L.L.P.
REPUBLIC CENTER
325 N. St. Paul Street, 44th Floor
Dallas, Texas 75201
tel. 214.743.4180
fax 214.743.4179

ATTORNEYS FOR PLAINTIFF BOARD OF
REGENTS OF THE UNIVERSITY OF TEXAS
SYSTEM

EDWIN SMITH
State Bar No. 18577050
THE UNIVERSITY OF TEXAS SYSTEM,
OFFICE OF GENERAL COUNSEL
201 West 7th Street
Austin, Texas 78701
tel. 512.499.4462
fax. 512.499.4523

OF COUNSEL FOR PLAINTIFF
BOARD OF REGENTS OF THE UNIVERSITY
OF TEXAS SYSTEM

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of **Plaintiff's Notice of Dismissal of Alcatel USA, Inc.** was sent to the following persons by the means indicated.

**INTERNATIONAL AIRMAIL**
Mr. Serge Tchuruk
Chairman & CEO
Alcatel
54, rue La Boetie
75008 Paris
France

**FIRST CLASS MAIL**
Mr. Michael Quigley, CEO
Alcatel USA, Inc.
3400 West Plano Parkway
Plano, Texas  75075

**FIRST CLASS MAIL**
Mr. Yanlong Huang, President
Amoi Electronics, Inc.
17588 Rowland Street, Suite A106
City of Industry, California 91748

**INTERNATIONAL AIRMAIL**
President & CEO
AnexTEK Global, Inc.
16F, No. 82, Sec. 1, Hsin Tai Wu Rd.
Hsichih, Taipei Hsien, Taiwan

**INTERNATIONAL AIRMAIL**
Mr. Owen Chen, President
Arima Communication Corp.
6F, No. 886, Jhong-Jheng Road
Jhong-He City, Taipei County, Taiwan

**FIRST CLASS MAIL**
Audiovox Communications Corp.
c/o D. Joseph English
Duane Morris LLP
1667 K. Street, N.W., Suite 700
Washington, D.C., 2006

**INTERNATIONAL AIRMAIL**
Mr. Calvin Chih, President
Chi Mei Communication Systems, Inc.
11F, No. 39, Chung Hwa Road, Sec. 1
Taipei 100, Taiwan

**INTERNATIONAL AIRMAIL**
Mr. Ray Chen, President & CEO
Compal Communications, Inc.
3rd Fl., No. 319, Sec. 4 Pa-Teh Rd.
Taipei, (105) Taiwan

**INTERNATIONAL AIRMAIL**
Mr. Moon S. Song, CEO
Curitel Communications, Inc.
Peungwha Seocho Building 1451-34
Seocho-Go, Seoul 137-070
Korea

**INTERNATIONAL AIRMAIL**
Mr. Steve Carroll, CEO
Gizmondo Europe, Ltd.
1 Meadow Gate Avenue
Farnborough Business Park
Farnborough, GU146FG
United Kingdom

**INTERNATIONAL AIRMAIL**
Mr. Zhang Ruimin, CEO
Haier Group Co.
1 Haier Road, Hi-Tech Zone
Qingdao, Shandong 266101
China

**FIRST CLASS MAIL**
Haier America Import LLC
c/o Richard A. Rohan
Carrington Coleman Sloman & Blumenthal, LLP
200 Crescent Court, #1500
Dallas, TX 75201

**FIRST CLASS MAIL**
Haier America Trading LLC
c/o Richard A. Rohan
Carrington Coleman Sloman & Blumenthal, LLP
200 Crescent Court, #1500
Dallas, TX 75201

**INTERNATIONAL AIRMAIL**
Mr. Tai-Ming Gou, CEO
Hon Hai Precision Industry Co., Ltd.
2 Tzu Yu St.
Tu-Cheng City, Taipei, Taiwan

**INTERNATIONAL AIRMAIL**
Mr. Michael Lazardis
President, Co-CEO and Director
Research in Motion Limited
295 Phillip Street
Waterloo, Ontario  N2L 328
Canada

**FIRST CLASS MAIL**
Mr. James Balsillie, President
Research in Motion Corp.
25227 Grogan Mill Road, Suite 125
The Woodlands, Texas  77380

**FIRST CLASS MAIL**
Sharp Corp.
c/o Pierre Yanney
Darby & Darby
805 Third Avenue
New York, NY 10022

**FIRST CLASS MAIL**
Synnex Corp.
c/o Mark J. Danielson
Pillsbury Winthrop Shaw Pittman
2475 Hanover Street
Palo Alto, CA 94304-1114

**INTERNATIONAL AIRMAIL**
Mr. Wan Mingjian, CEO
TCL Communication Technology Holdings Limited
Room 1502, Tower 6
China Hong Kong City
33 Canton Road
Tsimshatsui, Kowloon
Hong Kong, China

**INTERNATIONAL AIRMAIL**
Mr. Wan Mingjian, CEO
TCL & Alcatel Mobile Phones Limited
Room 1502, Tower 6
China Hong Kong City
33 Canton Road
Tsimshatsui, Kowloon
Hong Kong, China

**FIRST CLASS MAIL**
Tiger Telematics Inc.
c/o Kevin Kudlac
Dewey Ballantine
401 Congress Avenue - Suite 3200
Austin, TX 78701-3788

**FIRST CLASS MAIL**
Mr. Hideo Ito, Chief Executive Officer
Toshiba America, Inc.
1251 Avenue of the Americas
41st Floor
New York, New York 10020

**FIRST CLASS MAIL**
Mr. Takeaki Fukuyama, President & CEO
Toshiba America Electronic Components, Inc.
19900 MacArthur Blvd., Suite 400
Irvine, California 92612

**FIRST CLASS MAIL**
Mr. Hong Liang Lu, CEO
UTStarcom, Inc.
1275 Harbor Bay Parkway
Alameda, California 94502

**INTERNATIONAL AIRMAIL**
Yi, Cheol Sang, President
VK Corporation
67 Jije-dong Pyongtaek-City
Kyonggi-do 450-090
Republic of Korea

**FIRST CLASS MAIL**
VK Mobile USA Inc.
c/o Hae-Chan Park
McGuire Woods
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102-4215

|  |  |
|---|---|
| June 23, 2005 | Gerald B. Hrycyszyn |
| Date | |