FILED

SEP - 9 2005

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,

PLAINTIFF,

-AGAINST-

ALCATEL, ALCATEL USA, INC., AMOI ELECTRONICS, INC., ANEXTEK GLOBAL INC., ARIMA COMMUNICATION CORP., AUDIOVOX COMMUNICATIONS CORP., CHI MEI COMMUNICATION SYSTEMS, INC., COMPAL COMMUNICATIONS, INC., CURITEL COMMUNICATIONS, INC., GIZMONDO EUROPE, LTD., HALER GROUP CO., HAIER AMERICA IMPORT L.L.C., HAIER AMERICA TRADING L.L.C., HON HAI PRECISION INDUSTRY CA, LTD., RESEARCH IN MOTION LIMITED, RESEARCH IN MOTION CORP., SHARP CORPORATION, a.k.a. SHARP KABUSHIKI KAISHA, SYNNEX CORP., TCL COMMUNICATIONS TECHNOLOGY HOLDINGS LIMITED, TCL & ALCATEL MOBILE PHONES LIMITED, TIGER TELEMATICS, INC., TOSHIBA AMERICA, INC., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., VK. CORPORATION, VK MOBILE USA, INC., AND UTSTARCOM, INC.

DEFENDANTS.

Index No. A:05CA198 SS

---

**DEFENDANTS TCL COMMUNICATIONS AND TCL&ALCATEL MOBILE PHONES UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

---

Defendants, TCL Communications Technology Holdings, Ltd. and TCL&Alcatel Mobile Phones, Ltd. ("the TCL defendants") hereby move the Court for an extension of time to answer or otherwise plead in response to the Amended Complaint filed by Plaintiff, *to and including September 28, 2005*:

1. This is the first such request for extension of time. Defendants' counsel has conferred with Plaintiff s' counsel and this motion is unopposed.

2. The TCL defendants were first named as defendants in the above-captioned action in an Amended Complaint filed on April 8, 2005. A Second Amended Complaint was filed on May 23, 2005. The parties, through counsel, have had several discussions since then and were unaware until this week that service was completed in Hong Kong on July 15, 2005. On Tuesday, September 6, "Affirmation of Service" records were received by plaintiff's counsel from Hong Kong authorities and forwarded to counsel for defendants, following which Defendants' counsel conferred with plaintiffs counsel and promptly filed this motion.

3. This case is in its early stages. Discovery has not yet begun. The initial scheduling conference with the Court is set for September 30, 2005.

For the foregoing reasons, the TCL defendants respectfully request the above-stated extension of time to answer or otherwise plead. A draft form of order is attached.

Dated this 9th day of September, 2005.

Respectfully submitted,

DIAMOND MCCARTHY TAYLOR
FINLEY BRYANT & LEE, L.L.P.
William T. Reid IV
SBN 00788817
P. Jason Collins
SBN 24040711
6504 Bridge Point Pkwy, Suite 400
Austin, TX 78730
(512) 617-5200 (tel)
(512) 617-5299 (fax)

ATTORNEYS FOR DEFENDANTS
TCL COMMUNICATIONS AND
TCL&ALCATEL MOBILE PHONES LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record set forth below on this the 9th day of September, 2005:

CERTIFIED MAIL
Barry D. Burgdorf, Esq.
Vice Chancellor and General Counsel
The University of Texas System
Office of General Counsel
201 West 7th Street, 6th Floor
Austin, TX 78701

CERTIFIED MAIL
Michael W. Shore
Shore Chan LLP
Republic Center
325 North Saint Paul Street, 44th Floor
Dallas, TX 75201

INTERNATIONAL AIRMAIL
Mr. Serge Tchuruk
Chairman & CEO
Alcatcl
54, rue La Boetie
75008 Paris
FRANCE

FIRST CLASS MAIL
Mr. Michael Quigley, CEO
Alcatel USA, Inc.
3400 West Piano Parkway
Plano, TX 75075

FIRST CLASS MAIL
Mr. Yanlong Huan - President
AmOi Electronics, Inc.
17588 Rowland Street, Suite A 106
City of Industry, CA 91748

INTERNATIONAL AIRMAIL
President & CEO
AnexTEK Global, Inc.
16F, No. 82, Sec., HsinTai WuRd.
Ilsichih, Taipei Hsien
TAIWAN

INTERNATIONAL AIRMAIL
Mr. Owen Chen, President
Arima Communication Corp.
6F, No. 886, Thong-Jheng Road
Jhong-He City, Taipei County
TAIWAN

INTERNATIONAL AIRMAIL
Mr. Calvin Chih, President
Chi Mci Communication Systems, Inc.
11F, No. 39, Chung Hwa Road, Sec. 1
Taipei 100
TAIWAN

INTERNATIONAL AIRMAIL
Mr. Ray Chen, President & CEO
Compal Communications, Inc
3rd FL, No. 319, Sec. 4 Pa-Teh Rd.
Taipei, (105)
TAIWAN

INTERNATIONAL AIRMAIL
Mr. Moon S. Song, CEO
Curitel Communications, Inc.
Peungwha Seocho Building 1451-34
Seocho-Go, Seoul 137-070
KOREA

INTERNATIONAL AIRMAIL

Mr. Steve Carroll, CEO
Gizmondo Europe, Ltd.
I Meadow Gate Avenue
Famborough Business Park
Famborough, GUI46FG
UNITED KINGDOM

INTERNATIONAL AIRMAIL
Mr. Zhang Ruimin, CEO
HaierGroup Co.
I Haier Road, Hi-Tech Zone
Qingdao, Shandong 266101
CHINA

FIRST CLASS MAIL
Mr. Michael Jemal, President
Haier America Import L.L.C.
1356 Broadway
New York, NY 10018

NTERNATIONAL AIRMAIL
Mr. Wan Mingjian, CEO
TCL Communication Technology Holdings Limited
Room 1502, Tower 6
China Hong Kong City
33 Canton Road
Tsimshatsui, Kowloon
Hong Kong
CHINA

FIRST CLASS MAIL
Mr. Michael Jemal, President
Haier America Trading L..L.C.
1356 Broadway
New York, NY 10018

INTERNATIONAL AIRMAIL
Mr. Wan Mingjian, CEO
TCL & Alcatel Mobile Phones Limited
Room 1502, Tower 6
China Hong Kong City
33 Canton Road
Tsimshatsui, Kowloon
Hong Kong
CHINA

INTERNATIONAL AIRMAIL
Mr. Tai-Ming Gou, CEO
Hon Hai Precision Industry Co., Ltd.
2 Tzu Yu 81.
Tu-Cheng City, Taipei
TAIWAN

FIRST CLASS MAIL
Mr. Michael W. Carrender, CEO
Tiger Telematics, Inc.
10201 Centurion Parkway North, Suite 600
Jacksonville, FL 32256

INTERNATIONAL AIRMAIL
Mr. Michael Lazardis
President, Co-CEO and Director
Research in Motion Limited
295 Philip Street
Waterloo, Ontario N2L 328
CANADA

INTERNATIONAL AIRMAIL
Yi, Cheol Sang, President YK Corporation
67 Jije-dong Pyongtaek-City
Kyonggi-do 450-090
REPUBLIC OF KOREA

FIRST CLASS MAIL
Mr. James Balsillie, President
Research in Motion Corp.
25227 Grogan Mill Road, Suite 125
The Woodlands, TX 77380

FIRST CLASS MAIL
Mr. Chul Won Seung, President
VK Mobile USA, Inc.
9 Executive Cr., Suite 290
Irvine, CA 92614

INTERNATIONAL AIRMAIL
Mr. Katsuhiko Machida, President
Shaip Corporation, ak.a.
Sharp Kabushiki Kaisha
22-22 Nagaike-cho
Abeno-ku, Osaka 545-8522
JAPAN

FIRST CLASS MAIL
Mr. Hideo Ito, Chief Executive Officer
Toshiba America, Inc.
1251 Avenue of the Americas
41st Floor
New York,NY 10020

FIRST CLASS MAIL
Mr. Robert Huang President, CEO & Director
Synnex Corp.
44201 Nobel Drive
Fremont, CA 94538

FIRST CLASS MAIL
Mr. Takeaki Fukuyama. President & CEO
Toshiba America Electronic Components, Inc.
19900 MacArthur Blvd., Suite 400
Irvine, CA 92612

FIRST CLASS MAIL
Mr. Hong Liang Lu, CEO
UTStarcom, Inc.
1275 Harbor Bay Parkway
Alameda, CA 94502

P. Jason Collins