

Michael W. Shore
Republic Center
325 North Saint Paul Street
44th Floor
Dallas, Texas 75201
214.743.4180 Telephone
425.799.4180 Facsimile
shore@shorechan.com

October 3, 2005

The Honorable Judge Sam Sparks
United States District Court
Western District of Texas, Austin Division
200 West 8th Street
Austin, Texas 78701

Re:   *The Board of Regents of The University of Texas System v. BenQ America Corp., et al.*
(BenQ Case), Case No. A:05-CA-181-SS;

*The Board of Regents of The University of Texas System v. Alcatel, et al.*
(Alcatel Case), Case No. A:05-CA-198-SS; and

*The Board of Regents of The University of Texas System v. Mitsubishi Electric Corp., et al.*
(Mitsubishi Case), Case No. A:05-CA-333-SS

Dear Judge Sparks:

During the scheduling conference on September 30, 2005, your Honor requested that The Board of Regents of The University of Texas System ("The Board of Regents") notify your Honor of the settlements that have been reached in the above referenced matters. The following parties have either settled the suit or been otherwise dismissed from the litigation:

**RIM Defendants (settled – already dismissed):**
The RIM Defendants (Alcatel Case) have entered into a license and settlement agreement with The Board of Regents and have been dismissed from the case. The RIM Defendants include Research in Motion Limited and Research in Motion Corp.

**MiTAC Defendants (settled – soon to be dismissed):**
The MiTAC Defendants (Alcatel Case) have entered into a settlement agreement with The Board of Regents. They will be dismissed from the suit within the next two weeks once settlement terms are complied with. The MiTAC Defendants include MiTAC International Corp., MiTAC Inc., MiTAC USA, Inc., Mio Technology Ltd., Mio Technology Corp., USA, and MiTAC Service Centre (Houston).

**Philips Defendants (settled – soon to be dismissed):**
The Philips Defendants (Mitsubishi Case) have entered into a settlement agreement with The Board of Regents. They will be dismissed from the suit within the next two weeks once settlement terms are complied with. The Philips Defendants include Philips Electronics North America Corp. and Royal Philips Electronics N.V.


SHORE CHAN LLP
ATTORNEYS & COUNSELORS AT LAW

The Honorable Judge Sam Sparks
United States District Court
Western District of Texas, Austin Division
October 3, 2005
Page 2


**No Defendants have settled or been otherwise dismissed from the BenQ Case.**

**The following Defendants have been dismissed from the Alcatel Case:**
Alcatel USA, Inc. (but other Alcatel-related entities remain in the case);
AnexTEK Global Inc.;
Arima Computer (Texas) Corp. (but another Arima-related entity remains in the case);
Audiovox Corp. (but another Auidovox-related entity remains in the case);
Gizmondo Europe, Ltd.;
Synnex Corp.;
Tiger Telematics, Inc.;
Toshiba America, Inc. (but another Toshiba-related entity remains in the case); and
Toshiba America Electronic Components, Inc.

**The following Defendant has been dismissed from the Mitsubishi Case:**
Samsung Telecommunications America, Inc. (but another Samsung-related entity remains in the case).

Settlement negotiations are ongoing with other Defendants. I will apprise the Court if and when other settlements occur.

If your Honor has any additional questions, please feel free to contact me. We are working diligently to simplify and narrow the issues.

Sincerely,

*Michael Shore* w/ permission by Kim Brightwell
Michael W. Shore

cc: Ms. Margaret Sims, Deputy Clerk
    Defendants per attached Distribution List

## DISTRIBUTION LIST

**INTERNATIONAL AIRMAIL**
Mr. Serge Tchuruk, Chairman & CEO
Alcatel
54, rue La Boetie
75008 Paris France

**Via e-mail to sisrael@mayerbrownrowe.com**
Amoi Electronics, Inc.
Kyocera Wireless Corp.
c/o Sharon Israel
Mayer, Brown, Rowe & Maw LLP
700 Louisiana Street, Suite 3600
Houston, Texas 77002

**INTERNATIONAL AIRMAIL**
Mr. Owen Chen, President
Arima Communication Corp.
6F, No. 886, Jhong-Jheng Road
Jhong-He City, Taipei County, Taiwan

**Via e-mail to wwp@aaplaw.com**
Audiovox Communications Corp.
c/o W. Wade Porter
Allensworth & Porter LLP
620 Congress Ave., Ste. 100
Austin, Texas 78701

**Via e-mail to cconnor@deweyballantine.com**
BenQ America Corp.
Chi Mei Communication Systems, Inc.
Motorola, Inc.
c/o Cabrach Connor
Dewey Ballantine, LLP
401 Congress Avenue-Suite 3200
Austin, Texas 78701

**Via e-mail to jenniferkash@quinnemanuel.com and terrimickles@quinnemanuel.com**
Compal Communications, Inc.
Curitel Communications, Inc.
Haier America Import LLC
Haier America Trading LLC
Haier Group Co.
HTC Corp.
Kyocera Wireless Corp.
LG Electronics Mobilecomm USA, Inc.
Motorola, Inc.
NEC America, Inc.
NEC USA, Inc.
Panasonic Corporation of North America
Sagem SA
Samsung Electronics America Inc.
Sanyo North America Corp.
Sendo America Inc.
Sharp Corp.
Siemens Communications, Inc.
Sony Ericsson Mobile Communications AB
Sony Ericsson Mobile Communications (USA) Inc.
Spreadtrum Communications Corp.
UTStarcom, Inc.
c/o Jennifer A. Kash
Quin Emanuel Urquhart Oliver & Hedges LLP
50 California Street, 22nd Floor
San Francisco, California 94111

**INTERNATIONAL AIRMAIL**
Mr. Tai-Ming Gou, CEO
Hon Hai Precision Industry Co., Ltd.
2 Tzu Yu St.
Tu-Cheng City, Taipei, Taiwan

**INTERNATIONAL AIRMAIL**
President or CEO
Innostream Inc.
6th Floor, Daewoo Telecom Building
265-3, Seohyeon-dong
Bundang-gu Seongnam-si
Gyeonggi-do 463-769 Korea

**Via e-mail to rhorton@khs-law.com**
LG Electronics Mobilecomm USA, Inc.
NEC America, Inc.
NEC USA, Inc.
Panasonic Corporation of North America
Samsung Electronics America Inc.
Sony Ericsson Mobile Communications AB
Sony Ericsson Mobile Communications (USA) Inc.
c/o Russell Horton
Kincaid, Horton & Smith
106 E. 6th Street
Austin, Texas 78701

**FIRST CLASS MAIL**
Mio Technology Ltd.
Mio Technology Corp., USA
MiTAC Houston Service Center
MiTAC International Corp.
MiTAC Inc.
MiTAC USA, Inc.
c/o Kai Tseng
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

**Via e-mail to jkozak@leydig.com**
Mitsubishi Electric Corp. &
Mitsubishi Electric & Electronics USA Inc.
c/o John Kozak
Leydig Voit & Mayer Ltd.
Two Prudential Plaza–Suite 4900
Chicago, Illinois 60601

**Via e-mail to plochridge@mcginnislaw.com**
Mitsubishi Electric Corp. &
Mitsubishi Electric & Electronics USA Inc.
c/o Patton G. Lochridge
McCinnis, Lochridge & Kilgore, LLP
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701

**Via e-mail to pflinn@alston.com**
Nokia, Inc.
c/o Patrick J. Flinn
Alston & Bird LLP
One Atlantic Center
1201 Peachtree Street
Atlanta, GA 30309-3424

**Via e-mail to albright@fr.com**
Nokia, Inc.
Sanyo North America Corp.
Sendo America Inc.
Siemens Communications, Inc.
UTStarcom, Inc.
c/o Alan Albright
Fish & Richardson
One Congress Plaza, 4th floor
111 Congress Avenue
Austin, Texas 78701

**FIRST CLASS MAIL**
Jack D. Slobod
Philips Intellectual Property & Standards
Philips Electronics North America Corp.
345 Scarborough Road
Briarcliff Manor, New York 10510

**FIRST CLASS MAIL**
Philips Electronics North America Corp.
c/o Albert Carrion, Jr.
Brown McCarroll LLP
111 Congress, Suite 1400
Austin, Texas 78701

**INTERNATIONAL AIRMAIL**
Gerard Kleisterlee
President and CEO
Royal Philips Electronics N.V.
Breitner Center Amstelplein 2
1096 BC Amsterdam, Netherlands

**Via e-mail to rcote@orrick.com**
TCL Communication Technology Holdings Limited
TCL & Alcatel Mobile Phones Limited
c/o Robert A. Cote
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

**Via e-mail to breid@diamondmccarthy.com**
TCL Communication Technology Holdings Limited
TCL & Alcatel Mobile Phones Limited
c/o William T. Reid
Diamond McCarthy Taylor Finley Bryant & Lee, LLP
6504 Bridgeport Parkway, Suite 400
Austin, Texas 78730

**FIRST CLASS MAIL**
VK Mobile USA Inc.
c/o Hae-Chan Park
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215

**INTERNATIONAL AIRMAIL**
Yi, Cheol Sang, President
VK Corporation
67 Jije-dong Pyongtaek-City
Kyonggi-do 450-090
Republic of Korea